UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EPIC REFERENCE LABS, INC.,
BIOHEALTH MEDICAL
LABORATORY, INC.,
PB LABORATORIES, LLC
Plaintiffs,

v. Civil Case No. 3:19cv1326 (JCH)

CIGNA HEALTH AND
LIFE INSURANCE COMPANY
Defendant,

# JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge. On November 4, 2024, after deliberation, the jury returned a verdict in favor of the defendant, Cigna Health and Life Insurance Company , against plaintiffs, Epic Reference Labs, Inc., BioHealth Medical Laboratory, Inc., and PB Laboratories, LLC.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, and against the plaintiffs and the case is closed.

Dated at New Haven, Connecticut, this 19th day of November 2024.

Dinah Milton Kinney, Clerk of Court,

_/s/ Liana Barry__
Deputy Clerk

ENTERED ON DOCKET 11/19/2024