UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EPIC REFERENCE LABS, INC., BIOHEALTH LABORATORIES, INC, and PB LABORATORIES, LLC,     Plaintiffs, | : : : : : | CIVIL CASE NO. 3:19-CV-1326 (JCH) |
| v. | : : | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY,     Defendant. | : : : : : : | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY     Plaintiff, | : : : : : | CIVIL CASE NO. 3:19-CV-1324 (JCH) |
| v. | : : : | |
| BIOHEALTH LABORATORIES, INC., PB LABORATORIES, LLC, and EPIC REFERENCE LABS, INC.,     Defendants. | : : : : | OCTOBER 30, 2025 |

**SPECIAL MASTER ORDER NO. 1**

By order of the court dated April 16, 2025, (Doc. No. 533 in 3:19-cv-1324; Doc. No. 190 in 3:19-cv-1326) a Special Master was appointed to review and report with respect to documents previously claimed to be privileged by Cigna Health and Life Insurance Company ("Cigna").

By email dated April 29, 2025, the undersigned invited counsel to discuss the procedure for submitting portions of the records of these cases for consideration by the Special Master.

During a telephone conference on May 9, 2025, counsel for both sides advised that it was not necessary to submit any portions of the records for consideration in connection with this review of Cigna's documents.

1

By letter dated May 22, 2025, counsel for Cigna advised that Cigna had delivered copies of the privileged documents as directed by the Court's order.  Counsel attached to that letter three exhibits: Exhibit A: ESI Stipulation, Exhibit B, List of Relevant Attorneys and Exhibit C, Litigation History.

The parties may wish to submit evidence or memoranda of law in support of or in opposition to Cigna's claims of privilege.  See Jansson v. Stamford Health, Inc. 312 F. Supp. 3d 289 (D. Conn 2021); and Diamond Resorts U.S. Collection Development, LLC v. US Consumer Attorneys, P.A. , 519 F. Supp.3d 1184 (S. D. Fla. 2021) and National Equestrian League, LLC v. White, No. 20-21746, 2021 WL 4690665 (S.D. Fla. Oct. 7, 2021).

Not later than November 10, 2025, each party shall file a statement with the Court stating whether it chooses to file any evidence or memorandum of law. The statement shall describe briefly the evidence or memoranda that party wishes to file. Thereafter, a schedule for any such filing will be set by a further order.

**SO ORDERED**.

Dated at New Haven, Connecticut this 30th day of October, 2025

/s/ James R. Hawkins_____
James R. Hawkins
Special Master
